HUMBERT J. CAMPANA, Appellant, v. ANTHONY FADALE, Respondent.— Judgment reversed on the law and facts and new trial granted, with costs to the appellant to abide the event, on the ground that the question of whether plaintiff's injuries were received in the course of his employment was a question of fact

(*Shountz* v. *Schwegler Brothers, Inc.*, 259 App. Div. 446.) All concur. (The judgment is for defendant in an automobile negligence action.) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.